(115 So. 79)

**WELLS CO. v. Hubert LANE.   (6 Div. 76.)**

Supreme Court of Alabama.   Jan. 12, 1928.

Certiorari to Court of Appeals.

See, also, Wells Co. v. Lane, ante, p. 10, 115 So. 77 (6 Div. 915).

J. B. Ivey, of Birmingham, for petitioner. David J. Davis, of Birmingham, opposed.

PER CURIAM.   Petition of the Wells Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Wells Co. v. Lane, 115 So. 74.

Writ denied, upon authority of Postal Co. v. Minderhout, 195 Ala. 420, 71 So. 91; Patt v. Welsch, 206 Ala. 196, 89 So. 432; Dillehay v. State, 206 Ala. 560, 90 So. 334.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.